Case 5:21-cv-01410-JGB-SP   Document 40   Filed 05/19/22   Page 1 of 1   Page ID #:401

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASANDRA PASTORA, deceased, by and through her successor in interest, Saeed Toghraie; and<br>SAEED TOGHRAIE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>Defendants. | Case No. 5:21-cv-01410-JGB (SPx)<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the "Order Granting Defendants' Motion to Dismiss," entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to the motion of Defendants San Bernardino County, former Sheriff John McMahon, Sheriff Shannon D. Dicus, and Captain Victor Moreno ("Defendants") to dismiss the Second Amended Complaint, and good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion to Dismiss is **GRANTED** in its entirety.
2. The Second Amended Complaint is **DISMISSED WITHOUT LEAVE TO AMEND**.
3. Final judgment is **ENTERED** in favor of Defendants.
4. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: May 19, 2022

_____
Honorable Jesus G. Bernal
United States District Judge

1                                                    5:21-cv-01410-JGB (SPx)
JUDGMENT