# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASANDRA PASTORA, DECEASED, by and through her Successor in Interest, SAEED TOGHRAIE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, a public entity; ARIEL SZULC, an individual; CHRISTINA DOMINGUEZ, an individual; and DOES 4–10, individually, jointly, and severally;<br><br>Defendant. | Case 5:21-cv-01410-JGB-SP<br><br>Honorable Jesus G. Bernal<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendants' Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's Third Amended Complaint is **DISMISSED WITH PREJUDICE**.
3. Judgment is **ENTERED** in favor of Defendants and against Plaintiff.
4. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: November 25, 2024

_____
Honorable Jesus G. Bernal
United States District Judge